FILED ___ ENTERED
LODGED ___ RECEIVED

OCT - 1 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

07-CV-01326-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH L. WASHINGTON,

    Plaintiff,

v.

MARCUS NAYLOR, et al.,

    Defendants.

CASE NO.   C07-1326-MJP-MJB

ORDER DISMISSING § 1983 ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's application for leave to proceed *in forma pauperis* is DENIED.

(3) The complaint and this action are DISMISSED.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Benton.

DATED this 1 day of Oct., 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING § 1983 ACTION